UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARK WILLITS,<br><br>Plaintiff,<br><br>v.<br><br>LHOBERGE, LP, a Delaware Limited Partnership; LHOBERGE, LLC, a Delaware Limited Liability Company; LHOBERGE LESSEE, INC., a Delaware Corporation; and Does 1-10,<br><br>Defendants. | Case No.: 19cv1423-JAH (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (Doc. No. 24)** |
|---|---|

Pending before the Court is Plaintiff Mark Willits and Defendants LHOberge, LP, *et al.*'s Joint Motion to Dismiss the Action pursuant to Fed. R. Civ. P. 41(a)(1). *See* Doc. No. 24. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. This action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 13, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1